\*\*NOT FOR PRINTED PUBLICATION\*\*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| PANFILA MARTINEZ RAMIREZ ET AL., | § § | |
| *Plaintiffs,* | § § | CIVIL ACTION No. 9:17-CV-211 |
| v. | § § | JUDGE RON CLARK |
| GENERAL MOTORS LLC, | § § | |
| *Defendant.* | § § | |

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties filed a Joint Stipulation of Dismissal with Prejudice [Dkt. #30], requesting that the case be dismissed with prejudice against Defendant pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii).

IT IS THEREFORE ORDERED that the parties' Joint Stipulation of Dismissal [Dkt. #30] is GRANTED and the case is DISMISSED WITH PREJUDICE and that each party will bear its own costs and attorney's fees.

So **ORDERED** and **SIGNED** October 3, 2018.

_____
Ron Clark, Senior District Judge